PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision is contrary to and against the weight of the evidence, and that the evidence tending to impeach the judgment was improperly received.

McLENNAN, P. J., concurs on second ground only.

BURKS, Respondent, v. STATE, Appellant (two cases). (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Alonzo E. Burks against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

BURKS, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Clara G. Burks against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

BURNSIDE et al., Respondents, v. MARSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by James M. Burnside and others against Clifford B. Marsh.

PER CURIAM. Order affirmed, without costs. Held, that the motion to amend was properly granted, and it was not, therefore, necessary to grant the motion for judgment. The amended complaint. is not before us, so we do not pass upon its sufficiency, and, as it will supersede the original complaint, we do not determine whether that states a cause of action.

BURR MFG. & SUPPLY CO., Appellant, v. QUICK, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Burr Manufacturing & Supply Company against Lizzie M. Quick. No opinion. Judgment of the Municipal Court affirmed, with costs.

CALLAHAN, Respondent, v. CALLAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Harriet C. Callahan against James Francis Callahan. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 65 Misc. Rep. 172, 121 N. Y. Supp. 39.

CALLAHAN, Appellant, v. CALLAHAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Harriet C. Callahan against James F. Callahan. No opinion. Order affirmed, without costs. See, also, supra.

CALLAHAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Michael M. Callahan against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

CALLANAN, Respondent, v. POWERS et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Michael J. Callanan against Joseph A. Powers and others. No opinion. Motion to amend judgment granted as per memorandum filed with clerk.

CAMPBELL v. CAMPBELL et al. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by George D. Campbell against Patrick F. Campbell and John J. Campbell, individually and as executor of Patrick Campbell, deceased, and others. No opinion. Order affirmed, with costs. See, also, 133 App. Div. 932, 118 N. Y. Supp. 1098.

CAMINEZ, Respondent, v. SUSSMAN BROS. & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Jacob Caminez against Sussman Bros. & Co.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the answer raises an issue as to the presentation and notice of dishonor of the check in suit, and judgment upon the pleadings should not have been directed. Cassell v. Regierer, 114 N. Y. Supp. 601. The failure to obtain an order directing the issues to be tried was waived by the plaintiff. Tautphœus v. Harbor & Suburban B. & S. Association, 96 App. Div. 23, 88 N. Y. Supp. 709; Blenderman v. Bellis Co., 64 Misc. Rep. 65, 117 N. Y. Supp. 897. The appeal from the order denying the motion to set aside the judgment is dismissed, without costs.

CARBONATING APPARATUS CO., Respondent, v. CHARLES H. SAGAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Carbonating Apparatus Company against the Charles H. Sagar Company. No opinion. Judgment and order affirmed, with costs. See, also, 121 N. Y. Supp. 1127.

In re CARD'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) In the matter of the probate of the last will and testament of Emily L. Card, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by and before a jury of the Supreme Court, at a Trial Term thereof, to be convened at Mayville, in and for the county of Chautauqua, on the first Monday in October, 1910, to wit: (1) Did Emily L. Card possess testamentary capacity at the time of the execution of her alleged will, bearing date January 31, 1903? (2) Was the execution of said alleged will procured by undue influence practiced upon her?

CARPENTER, Respondent, v. HAWES, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by

Philip Carpenter against Ellen E. Hawes. Phail & Bird, for appellant. H. Eckhard, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**CARY v. CARY.** (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Edward M. Cary against Elsie H. Cary. No opinion. Motion to dismiss appeal granted. Order filed.

**CASSADY, Respondent, v. PENNSYLVANIA R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Albert Cassady against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

**CAVERLY v. INSURANCE FIELD CO.** (Supreme Court, Appellate Division, First Department. June 24, 1910.) Appeal from Special Term; New York County. Action by Robert B. Caverly against the Insurance Field Company. From an order denying a motion to vacate an attachment, defendant appeals. Reversed, and motion granted. C. Goldzier, for appellant. L. H. Newkirk, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements, and the motion to vacate the attachment granted, with $10 costs, upon the ground that there was no competent evidence of publication of the libel complained of by the defendant.

**C. B. COTTRELL & SONS CO., Respondent, v. GOSS PRINTING PRESS CO., Appellant,** et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by the C. B. Cottrell & Sons Company against the Goss Printing Press Company, impleaded with others. G. B. Covington, for appellant. P. Armitage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**C. B. COTTRELL & SONS CO. v. GOSS PRINTING PRESS CO.** (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by C. B. Cottrell & Sons Company against the Goss Printing Press Company. No opinion. Motion denied. Order filed.

In re **CHAPMAN.** (Supreme Court, Appellate Division, Second Department. May 9, 1910.) In the matter of the appraisal under the transfer tax acts of the property of Maria B. Chapman, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements, on the authority of Matter of Chapman, 133 App. Div. 337, 117 N. Y. Supp. 679.

**CHAPMAN, Respondent, v. COURTNEY, Appellant.** (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by William Chapman, Jr., against Bernard Courtney. F. V. Johnson, for appellant. R. R. Billington, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**CHAPMAN et al. v. L. E. WATERMAN CO.** (Supreme Court, Appellate Division, First Department. May 20, 1910.) Appeal from Special Term, New York County. Action by Isaac E. Chapman and another against the L. E. Waterman Company. From a judgment for defendant, and an order denying a motion for a new trial, plaintiffs appeal. Affirmed. Alexander S. Bacon, for appellants. Samuel S. Watson, for respondent.

PER CURIAM. Without passing upon the right of the plaintiff to a permanent injunction, we think, upon the record as it stands, that the court was justified in refusing to grant a temporary injunction, leaving it to the court upon the trial to give such judgment as the evidence would justify. Order affirmed, with $10 costs and disbursements.

**CHASE, Respondent, v. WISE, Appellant.** (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by William J. Chase against James B. Wise. No opinion. Judgment and order affirmed, with costs.

**CHIPCHASE, Respondent, v. INTERNATIONAL RY. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by Florence M. Chipchase against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

**CHITTENDEN, Respondent, v. CHITTENDEN, Appellant.** (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Edward D. Chittenden against Ellenor Chittenden. No opinion. Interlocutory judgment (64 Misc. Rep. 649, 118 N. Y. Supp. 1005) affirmed, without costs, with leave to defendant to plead over within 20 days.

**CITIZENS' PERMANENT SAVINGS & LOAN ASS'N, Appellant, v. RAMPE et al., Respondents.** (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by the Citizens' Permanent Savings & Loan Association against William F. Rampe and others. No opinion. Judgment (116 N. Y. Supp. 597) affirmed, with costs.

**CITY EQUITY CO., Respondent, v. BODINE, Appellant.** (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by the City Equity Company against William H. J. Bodine. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 977, 119 N. Y. Supp. 1117.

In re **CITY OF BUFFALO.** Appeal of ADAMS. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) In the matter of the application of the City of Buffalo to acquire lands in fee simple for the purpose of opening and extending Morgan street, etc.; Mary E. Adams, landowner, appealing. No opinion. Order affirmed, with $10 costs and disbursements.